

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

December 3, 2025

**VIA CM/ECF**
Honorable André M. Espinosa, U.S.M.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

      Re: *Kenvue Inc. et al. v. Commonwealth Wholesale Corp.*
          Civ. A. No. 2:25-cv-00065 (BRM) (AME)

Dear Judge Espinosa:

    This Firm, along with Fross Zelnick Lehrman & Zissu, P.C., represents Plaintiffs Kenvue Inc. and Kenvue Brands LLC in the above matter. In accordance with the Court's Order dated November 19, 2025 (D.E. 31), enclosed please find the parties' revised joint proposed schedule.

    We thank Your Honor for his kind attention to this matter.

                              Respectfully,

                              *s/ Michael J. Gesualdo*
                              Michael J. Gesualdo

Encl.
cc: All Counsel of Record (via CM/ECF)