**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KENVUE INC. and KENVUE BRANDS LLC, <br><br> Plaintiffs, <br><br> - against - <br><br> COMMONWEALTH WHOLESALE CORP., <br><br> Defendant. | Civil Action No.: 2:25-cv-00065-BRM-AME <br><br> **JOINT PROPOSED SCHEDULE** |

- In accordance with the Court's Order on November 19, 2025, D.E. 31, the parties submit the following revised proposed schedule:[1] Fed. R. Civ. P. 26 Disclosures by: January 12, 2026

- Defendant's deadline to move to add counterclaim(s): January 19, 2026[2]

- E-Discovery conference pursuant to L. Civ. R. 26.1(d): The parties do not anticipate the need for an e-discovery conference at this time.

- Service of initial written discovery by: January 26, 2026

- Maximum of 25 Interrogatories by each party to each other party.

- Maximum of 10 depositions to be taken by each party.

- Motions to amend or to add parties to be filed by: April 13, 2026

- Factual discovery to be completed by: July 13, 2026

- Affirmative expert reports due on: August 12, 2026

- Rebuttal expert reports due on: October 12, 2026

- Expert depositions to be completed by: November 16, 2026

- Dispositive motions to be filed and served by: January 25, 2027

---

[1] In the event the Court's Scheduling Order is issued after December 22, 2025, the parties request that the first deadline would be set at least three weeks from the date of the Court's Scheduling Order.
[2] Plaintiffs reserve all right to oppose any motion by Defendant for leave to amend its Answer to add a counterclaim.

- A pretrial conference shall take place 3 months following the decision on dispositive motions.

- Jury Trial date: At the discretion of the Court.

Dated: December 3, 2025

Respectfully submitted,

By: *s/ Michael J. Gesualdo*
    Michael J. Gesualdo
ROBINSON MILLER LLC
Michael J. Gesualdo (mgesualdo@rwmlegal.com)
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400 (phone)
(973) 466-2761 (fax)

-and-

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
James D. Weinberger (jweinberger@fzlz.com)
Laura Popp-Rosenberg (lpopprosenberg@fzlz.com)
151 West 42nd Street, 17th Floor
New York, New York 10036
(212) 813-5900 (phone)
(212) 813-5901 (fax)

*Attorneys for Plaintiffs Kenvue Inc. and Kenvue Brands LLC*

Dated: December 3, 2025

Respectfully submitted,

By: *s/ Jeffrey A. Donner*
    Jeffrey A. Donner
DONNER LAW ASSOCIATES, L.L.C.
d/b/a DONNER LAW
Jeffrey A. Donner (jdonner@donnerassociates.com)
708 Highway 35 South
Neptune, New Jersey 07753
(732) 578-8530  (phone)
(732) 928-0482  (fax)

THE LAW OFFICES OF CORY H. MORRIS
Cory H. Morris (info@coryhmorris.com)
863 Islip Avenue
Central Islip, New York 11722
(631) 450-2515 (phone)
(631) 223-7377  (fax)

FALCON RAPPAPORT & BERKMAN LLP
Moish Peltz (mpeltz@frblaw.com)
265 Sunrise Highway, Suite 50
Rockville Centre, New York 11570
(212) 203-3255 (phone)